IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD LUCAS, II,<br><br>           Plaintiff,<br><br>     v.<br><br>T-MOBILE USA, INC., COLUMBUS-<br>PITTSBURGH PROPERTIES LTD,<br>and E.V. BISHOFF COMPANY<br><br>           Defendants. | Case No. 2:17-cv-01505-CB<br><br><br><br><br>Filed Electronically |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Richard Lucas, II, voluntarily dismisses this cause without prejudice, each party to retain responsibility for its attorneys' fees and costs.

Dated:  June 25, 2018                            Respectfully Submitted,

*/s/ Carlos R. Diaz*
Carlos R. Diaz (PA 205177)
cdiaz@smalawgroup.com
**STEWART, MURRAY & ASSOC.**
**LAW GROUP, LLC**
437 Grant Street, Suite 600
Pittsburgh, PA 15219
Phone:  (412) 765-3345
Fax:  (412) 765-3346
www.smalawgroup.com